# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR,<br><br>    Plaintiff,<br><br>vs.<br><br>B. WEAVER, et al.,<br><br>    Defendants. | 1:15-cv-00918-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 14) |

Plaintiff Jeffrey Selsor ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 16, 2015.

On July 25, 2016, the Court screened Plaintiff's amended complaint and found that he stated a cognizable claim for excessive force against Correctional Officers Docanto and Jordan, and against Correctional Officer Castaneda for the failure to intervene in an attack, in violation of the Eighth Amendment, but did not state any other cognizable claims. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007). (ECF No. 11). Plaintiff was ordered to either file a second amended complaint, or notify the Court that he did not wish to file any second amended complaint and was willing to proceed on the cognizable claims. (ECF No. 12.)

On August 3, 2016, Plaintiff notified the Court that he did not intend to file a second amended complaint and wished to proceed only with the cognizable claims against Defendants Docanto, Jordan, and Castaneda. (ECF No. 13.) Accordingly, on August 8, 2016, the Magistrate

Judge issued Findings and Recommendations recommending the dismissal of certain claims and defendants. (ECF No. 14.) Specifically, the Magistrate Judge recommended that (1) Plaintiff's claim for excessive force against Defendant Castaneda; (2) Plaintiff's claims against Defendants Docanto, Jordan, and Castaneda for violating the CDCR use of force policy; and (3) Defendants Weaver, Nora and Juarez, be dismissed from this action for failure to state a claim, without further leave to amend.

The Findings and Recommendations were served on Plaintiff, and contained notice that any objections must be filed within fourteen (14) days after service of the order. (*Id*. at 14.) More than fourteen (14) days have passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case and carefully reviewed the entire file. The Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated August 8, 2016 (ECF No. 14) are ADOPTED IN FULL;
2. This action shall proceed on Plaintiff's first amended complaint, filed on June 17, 2016, for excessive force against Defendants Docanto and Jordan for allegedly attacking him on September 20, 2014, and against Defendant Castaneda for the failure to protect him from the attack, in violation of the Eighth Amendment;
3. Plaintiff's claim for excessive force against Defendant Castaneda, and claims against Defendants Docanto, Jordan, and Castaneda for violating the CDCR use of force policy, are dismissed; and
4. Defendants B. Weaver, D. D. Nora, and V. Juarez are dismissed from this action.

IT IS SO ORDERED.

Dated:   **September 15, 2016**          /s/ Lawrence J. O'Neill  
                                         UNITED STATES CHIEF DISTRICT JUDGE