UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR, | Case No.: 1:15-cv-00918-LJO-BAM (PC) |
| Plaintiff, | ORDER TO RECAPTION CASE |
| v. | |
| B. WEAVER, et al., | |
| Defendants. | |

On September 15, 2016, the district judge issued an order dismissing Defendants B. Weaver, D. D. Nora, and V. Juarez from this action. Thus, the caption should reflect that this action no longer proceeds against those parties, and now proceeds only against Defendants Castaneda, Docante, and T. J. Jordan.

Accordingly, the caption for this case shall be as follows:

///

///

///

///

///

///

///

1

|   |   |   |
|---|---|---|
| 1 | JEFFREY SELSOR, | ) Case No.: 1:15-cv-00918-LJO-BAM (PC) |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | CASTANEDA, et al., | ) |
| 5 | Defendants. | ) |

IT IS SO ORDERED.

Dated: __**September 19, 2016**__        /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE