UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR,<br><br>        Plaintiff,<br><br>   v.<br><br>CASTANEDA, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00918-LJO-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 24)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jeffrey Selsor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action currently proceeds against Defendants Docanto and Jordan for allegedly attacking him on September 20, 2014, and against Defendant Castaneda for the failure to protect him from the attack in violation of the Eighth Amendment.

On January 31, 2017, Defendant Castaneda filed a motion for summary judgment.  Fed. R. Civ. P. 56. (ECF No. 24.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir.2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 24-

5.) Plaintiff's opposition was due within twenty-one (21) days of service of Defendant's motion. More than thirty-five (35) days have passed, but Plaintiff has not filed an opposition or statement of non-opposition to the motion. Plaintiff also has not otherwise communicated with the Court.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within thirty (30) days.  **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **March 13, 2017**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE