# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>CASTANEDA, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00918-LJO-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on June 16, 2015. On September 18, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 19, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1