

FILED

SEP 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR,<br><br>　　Plaintiff,<br><br>　v.<br><br>CASTANEDA, et al.,<br><br>　　Defendants. | Case No.: 1:15-cv-00918-LJO-BAM (PC)<br><br>ORDER THAT INMATE JEFFREY SELSOR IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　Plaintiff Jeffrey Selsor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　A settlement conference in this matter commenced on September 18, 2017. Inmate Jeffrey Selsor, CDCR #K-82840, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 9/18/2017

_____
UNITED STATES MAGISTRATE JUDGE