# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SELSOR,<br><br>    Plaintiff,<br><br>v.<br><br>CASTANEDA, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00918-LJO-BAM (PC)<br><br>ORDER OF DISMISSAL<br><br>ORDER TO CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 36) |

Plaintiff Jeffrey Selsor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2017, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 36.) The stipulation is signed by Plaintiff and defense counsel for Defendants, indicating that case has been resolved in its entirety, should be dismissed with prejudice, and each side shall bear their own litigation costs and attorney's fees.

Accordingly, this action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:  **September 20, 2017**          /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

1